JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JORGE LUNA**,

Plaintiff,

vs.

**MLSS INC.; CADMAR GROUP LLC**; and DOES 1 to 10,

Defendants.

Case No.: **2:26-cv-09768-PA (SPx)**

**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown: IT IS HEREBY ORDERED that the entire action be dismissed without prejudice. The Court declines to retain jurisdiction.

SO ORDERED.

DATED: November 6, 2026

Percy Anderson,
United States District Judge